ORD FRM (03/04)

IN THE UNITED STATES DISTRICT COURT

FILED 10 FEB 02 09:49 USDC-ORM

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Case No. CR 09-30010-02 |
| v. | ) ORDER TO RELEASE PASSPORT |
| Juan Manuel Lucero | ) TO PRETRIAL SERVICES |
| Defendant(s) | ) |

**IT IS ORDERED THAT** the defendant's U.S. Passport # 500617658 held by the Clerk of the Court, be released to U.S. Pretrial Services for return to the U.S. Department of State, based on his conviction in this case.

IT IS SO ORDERED THIS ____ day of _Feb._____, 2010.

_____
Owen M. Panner
Senior U.S. District Judge

Submitted by U.S. Pretrial Services